CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEAN KWON (SBN: 256456)
polykwon1987@gmail.com
JK LAW FIRM, APC
3700 Wilshire Blvd., Suite 430
Los Angeles, CA 90010
Telephone: (213) 480-0348
Facsimile: (213) 480-0350
Attorneys for Defendants
Mi Ran Lee and Ohk Hyung Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> MAHESH GOGRI; <br> SHILPA GOGRI; <br> MI RAN LEE; <br> OHK HYUNG LEE; and Does 1-10, <br><br> Defendants. | Case: 3:19-CV-05388-CRB <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 21, 2020         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 21, 2020         JK LAW FIRM, APC

By: /s/ Jean Kwon
    Jean Kwon
    Attorneys for Defendants
    Mi Ran Lee and Ohk Hyung Lee

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jean Kwon, counsel for Mi Ran Lee and Ohk Hyung Lee, and that I have obtained Ms. Kwon's authorization to affix her electronic signature to this document.

Dated: June 21, 2020            CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff